UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 21-268 SRN/LIB

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | 18 U.S.C. § 2 |
| | 18 U.S.C. § 113(a)(3) |
| v. | 18 U.S.C. § 113(a)(6) |
| | 18 U.S.C. § 924(d)(1) |
| (1) ALEXIA GAH GI GAY MARY CUTBANK, | 18 U.S.C. § 1111 |
| (2) MIA FAYE SUMNER, | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| Defendants. | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Murder in the Second Degree)

On or about August 12, 2019, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**ALEXIA GAH GI GAY MARY CUTBANK, and
MIA FAYE SUMNER,**

who are Indians, while aiding and abetting each other and others known and unknown to the Grand Jury, did with malice aforethought unlawfully kill D.A.J., all in violation of Title 18, United States Code, Sections 2, 1111, 1151, and 1153(a).

## COUNT 2
(Assault with a Dangerous Weapon)

On or about August 12, 2019, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**ALEXIA GAH GI GAY MARY CUTBANK, and
MIA FAYE SUMNER,**

who are Indians, while aiding and abetting each other and others known and unknown to the Grand Jury, did assault T.B.S. with a dangerous weapon, namely a firearm, with intent

SCANNED
DEC 09 2021
U.S. DISTRICT COURT ST. PAUL

to do bodily harm, all in violation of Title 18, United States Code, Sections 2, 113(a)(3), 1151, and 1153(a).

## COUNT 3
(Assault Resulting in Serious Bodily Injury)

On or about August 12, 2019, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**ALEXIA GAH GI GAY MARY CUTBANK,** and
**MIA FAYE SUMNER,**

who are Indians, while aiding and abetting each other and others known and unknown to the Grand Jury, did assault T.B.S. resulting in serious bodily injury, all in violation of Title 18, United States Code, Sections 2, 113(a)(6), 1151, and 1153(a).

## FORFEITURE ALLEGATIONS

If convicted of any of Counts 1 through 3 of this Indictment, the defendants

**ALEXIA GAH GI GAY MARY CUTBANK,** and
**MIA FAYE SUMNER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission of Counts 1 through 3.

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY        FOREPERSON