## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-CR-268(1) SRN/LIB |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER** |
| Alexia Gah Gi Gay Mary Cutbank, | |
| Defendant. | |

Defendant Alexia Gah Gi Gay Mary Cutbank ("Ms. Cutbank") by and through her undersigned attorney, respectfully moves the Court to revoke her detention order and grant her release on appropriate conditions pending trial in her case. This motion is made pursuant to 18 U.S.C. § 3145(b).

1. On December 9, 2021, Ms. Cutbank was charged with murder in the second degree and assault with a dangerous weapon. ECF No. 1. The superseding indictment added a third count of assault resulting in serious bodily injury. ECF No. 39.

2. On December 10, 2021 Ms. Cutbank's made her initial appearance and the government moved for temporary detention. ECF No. 8. This request was granted. *Id.*

3. On December 15, 2021, an arraignment and detention hearing was held. ECF No. 17. No written order of detention followed.

4. On March 25, 2022, Ms. Cutbank filed a Motion for Release to Treatment. ECF No. 108. The government opposed the motion. ECF No. 111.

5. On April 8, 2022, Ms. Cutbank's detention hearing was reopened. ECF No. 117. The court concluded by a preponderance of the evidence there existed no

combination of conditions that would reasonably assure Ms. Cutbank's appearance for court proceedings aside from continued detention. Accordingly, Ms. Cutbank's motion for release to inpatient treatment was denied. *Id.*

6.	Pursuant to 18 U.S.C. § 3145(b), Ms. Cutbank requests that the District Court revoke the detention order and grant her release under conditions that satisfy 18 U.S.C. § 3145(b) or (c).

Said motion is based upon all of the files, arguments of counsel, and records in this case and the attached memorandum.

Dated:  April 22, 2022                                     DORSEY & WHITNEY LLP


By *s/ RJ Zayed*
    RJ Zayed (#0309849)
    zayed.rj@dorsey.com
    50 South Sixth Street, Suite 1500
    Minneapolis, MN 55402
    Telephone:  (612) 340-2600
    Facsimile:  (612) 340-2868

*Attorney for Defendant*