UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**ALEXIA GAH GI GAY MARY CUTBANK** (1),

Defendant.

Case No. 21-CR-268 (1) (SRN/LIB)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 18, 2022, this Court entered a Preliminary Order of Forfeiture (Docket No. 202) forfeiting three rounds of 9mm Luger ammunition ("the Property") to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

WHEREAS, the publication requirement contained in Supp. R. Civ. P. G(4)(a)(i)(A), which is incorporated by Fed. R. Crim. P. 32.2(b)(6)(C), does not require the United States to publish notice of the forfeiture of the Property because the it is worth less than $1,000; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The United States' Motion for Final Order of Forfeiture (Docket No. 266) is **GRANTED**;

2. All right, title and interest the Property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

3. The United States shall dispose of the property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: Monday, July 31, 2023          *s/ Susan Richard Nelson*
                                                                                SUSAN RICHARD NELSON
                                                                                United States District Judge