# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America, | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff(s), | |
| v. | Case No. CR 21-268 SRN/LIB (1) |
| Alexia Gah Gi Gay Mary Cutbank (1) | |
| Defendant(s). | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The United States' Motion for Final Order of Forfeiture (Docket No. 266) is GRANTED;

2. All right, title and interest the Property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); and

3. The United States shall dispose of the property in accordance with law.

Date: August 1, 2023                                Kate M. Fogarty, Clerk